

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*   *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*   *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

July 13, 2024

Hon. Christian F. Hummel
United States Magistrate Judge
United States District Court, Northern District of New York
445 Broadway
Albany, NY 12207

    Re:    Government Letter-Motion to Unseal Search Warrant Application and Search Warrant Materials in 1:24-mj-280-CFH

Dear Judge Hummel:

    In the above-captioned matter, on June 12, 2024, he government obtained the four warrants to search certain property. On June 12, 2024, in connection with the signing of that warrant, the Court also signed an order that required that these search warrant materials remain under seal for a certain period.

    The United States hereby respectfully moves the Court to unseal the above-captioned case, including each of the search warrant applications and issued warrants noted above. The government has enclosed certain redactions to be applied as to personally identifiable information (PII).

                      Respectfully submitted,

                      ***/s/ Alexander Wentworth-Ping***
                      Alexander Wentworth-Ping
                      Assistant U.S. Attorney

Encl.

IT IS SO ORDERED:

*/s/ Christian F. Hummel*

Christian F. Hummel
U.S. Magistrate Judge

Dated: 7/16/2024